UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 2, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>                    Plaintiff,                    )<br>v.                                                         )<br>                                                              )<br>ANGELITO EVANGELISTA,              )<br>                                                              )<br>                    Defendant.                 ) | Case No. MAG. 08-0217-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELITO EVANGELISTA, Case No. MAG. 08-0217-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__  Bail Posted in the Sum of: $150,000.00.

    __X__   Unsecured Appearance Bond (Interim)

    __X__   Appearance Bond with Surety

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) The Defendant is ordered released forthwith under a $150,000 unsecured bond, pending the posting of secured bond paperwork within 3 weeks.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/02/08  at 3:15 p.m

By _____
Edmund F. Brennan
United States Magistrate Judge