UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 2, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANGELITO EVANGELISTA, )<br>)<br>Defendant. ) | Case No. MAG. 08-0217-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELITO EVANGELISTA, Case No. MAG. 08-0217-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00.

   _X_   Unsecured Appearance Bond (Interim)

   _X_   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered released forthwith under a $150,000 unsecured bond, pending the posting of secured bond paperwork within 3 weeks.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/02/08 at 3:15 a.m

By _____
Edmund F. Brennan
United States Magistrate Judge